## STATEMENT OF FACTS

On June 10, 2014, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") and members of the Task Force entered a social network site in which users communicate with each other about a sexual interest in teenagers and young children.

On or about June 10, 2014, at approximately 1:40 p.m. the UC met an individual later identified as the defendant Marc Val Singleton ("defendant") with the screen name "ecorfive" within the social network site. The UC engaged the defendant because the defendant had posted a message in the public forum of the "teen room," asking "anyone in D.C. area?" The UC responded, "I am in the D.C. area perv dad here. ASL?" The defendant responded, "Where in the D.C. area, I'm here for a conference in Bethesda."

The defendant and the UC immediately progressed into a discussion of a shared sexual interest in children. The UC explained that he was sexually active with his 8 year-old daughter. The defendant responded that he has an 8 year-old son "across the country." As the chat progressed the defendant wrote, "we should hang out."

The defendant and the UC then exchanged Yahoo Messenger screen names – the defendant provided "aacgttcut" – and the two began to communicate on Yahoo Instant Messenger. At approximately 1:53 p.m. the defendant wrote, "really hope we can meet," and the UC responded, "what are you looking to get into." The defendant responded, "anything fun . . . just us . . . or us and your dau or anything . . . I don't even need to touch her . . . just look and watch you too. . . unless of course she wants me too . . . or you want me too." The defendant responded, "I'm cool with that . . . I would be open to you playing with her but I would have limits for sure." The defendant wrote, "come to my hotel or me out to you?"

On June 10, 2014, at approximately, 4:47 p.m., the defendant wrote, "still thinking you want to meet tomorrow?" The UC responded, "im cool with it I have will have [my daughter] tomorrow, so if you want to have a beer Thursday we can alone, I am comfortable with us playing with her but I certainly understand if she is too young or your not interested." The defendant responded, "I'm VERY interested . . . can I get to you on the subway." The defendant provided the meeting location in the District of Columbia and wrote, "I have to be honest I'm not looking for gay sex when we meet if that is a deal breaker." The defendant responded, "yeah me either . . . I much prefer girls . . . just like guys if they are pervy like me." The conversation again turned to the child and the defendant wrote, "she comfortable getting naked . . . does [your daughter] kiss good yet . . . would you mind if I kiss her . . . I want to see her naked body . . . maybe taste her . . . bet her pussy is tiny."

The defendant and the UC then discussed the logistics of a meeting and moved the meeting up one night. The defendant provided his email address and the UC and defendant exchanged information about what they would be wearing when they meet at the location. The defendant

and the UC continued to correspond via email about logistics of the meeting as the defendant would not have Yahoo Messenger on his cell phone when he travelled.

On June 10, 2014, at approximately 7:30 p.m., the defendant met the UC at the agreed upon location in Washington, D.C.   The defendant approached the UC and introduced himself.   The UC pointed to an apartment building and stated that he lived there.   The UC stated that his ex-wife would be dropping his purported daughter off at the location.   The defendant nodded in the affirmative.   The defendant was arrested.

After his arrest, the defendant stated numerous times that he made a huge mistake and that his life is over.   The defendant acknowledged chatting with the UC and travelling from Maryland to the District of Columbia to meet the UC and the child.   The defendant stated that he has been chatting on the predicated site for about a year.   The defendant stated that he planned to watch the UC performing sexual acts with the child and expected to join in if it was ok with the child.   The defendant stated that he "hoped it was real."   Upon his arrest, the defendant was in possession of a Utah driver's license with the name Marc Val Singleton.


                     _____

DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT


Sworn and subscribed to before me this _____ day of June, 2014.


          _____

United States Magistrate Judge